**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| NECA-IBEW Local 364 Defined Contribution ) <br> Pension Trust Fund, et al. ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> Porter Brothers Construction, Inc., ) <br> Defendant. ) | Case No. 24 CV 50312 <br><br> Hon. Iain D. Johnston |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a report and recommendation from Judge Schneider [25] that the plaintiff's motion for a default judgment [18] be granted and judgment be entered against defendant Porter Brothers Construction, Inc. in the amount of $136,214.12. Judge Scheider gave Defendant to 3/25/2025 to object, but it has not done so. According to the docket, Defendant was served with the complaint on 7/31/2024, Dkt. 8, but never answered. The clerk then entered an order of default on 10/28/2024, *see* Dkt. 12. According to Plaintiffs' motion for default judgment and supporting affidavits, under the terms of the parties' collective bargaining agreements Defendant owes delinquent contributions in the amount of $113,125.28 and liquidated damages in the amount of $21,207.34. In addition, under the terms of the parties' collective bargaining agreements Plaintiffs are also entitled to recover attorneys' fees and costs spent to recover amounts owed. According to counsel's affidavit, counsel spent 9.25 hours at hourly rates ranging from $70.00 for paralegal work to $320.00 for work by partners for a total of $1,332.50 in fees, plus $549.00 incurred in costs. Accordingly, and in the absence of any objection, the Court accepts Judge Schneider's Report and Recommendation [25], grants Plaintiffs' motion for a default judgment [18], and enters judgment against defendant Porter Brothers Construction, Inc. in the total amount of $136,214. Civil case terminated.

Date: April 8, 2025

_____
Iain D. Johnston
United States District Judge